Qui-tam suit to perpetuate testimony under statutory seal pursuant FRCP 27 & U.S.C 31 § 3730(b)(2)     Date 12/22/2025

FILED BY _____ D.C.

JAN 0 7 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

United States Goverment,
relator - Richard Lane

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Medford Oregon, Jackson County Sheriffs Office
Jackson County DA's office
Jackson County Oregon, Medford Police Department
Medford City Attorneys Office

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.
*(to be filled in by the Clerk's Office)*

**Attachments Included:**
-AFFIDAVIT OF TRUTH fraud against the Federal Government (14 pages)

- List of files on Micro SD Card with USB drive (27 files)

**Qui-tam Suit under statutory seal pursuant FRCP 27 & 31 U.S.C. 3730(b)(2) for fraud against the United States Government against Medford City, Oregon & ALL for $396,000,000 in damages to the Federal Government.**

The Qui-tam suit is to expose fraud, waist and abuse towards the United States Federal Government while perpetuating testimony under statutory seal pursuant FRCP 27 & 31 U.S.C. 3730(b)(2) as I believe this evidence is in danger of being destroyed, tampered with, altered or concealed.

The suit will expose how Governor Tina Kotek, and the Mayor of Medford Michael Zarosinski have fostered an environment where these DEI cops, judges & attorneys are using federal funds on the clock to openly commit hate crimes against Christians for their faith. All while they claim we have no rights and the officials are all above the law with absolute immunity from any accountability for their criminal actions.

Affidavit of Truth attached will go into detail how these departments are spending Federal Funds to openly attack Christians for their faith. When ever these officials are attacking the people on the clock for no valid reason, they are spending anywhere from $0.13-0.30 cents of federal funds for every dollar unlawfully spent, depending on which department they work for as all of their departments receive 13%-30% federal funds for their yearly budget.

I'm assuming the Federal DOJ will amend this complaint if they decide to proceed with pressing charges, If not the DOJ leaves me authority to civilly prosecute myself on behalf of the Federal Government for fraud, waist and abuse coming from Medford city & ALL. In the 12+ months you officials as a collective must have waisted over 1000+ hours to retaliate against one man with zero priors, while attempting to frame me 2x. with manufactured felony's.

Richard E. Lane, Pro-se relator  |  11974 SW 72nd Ave apt 424 Tigard, Oregon 97223  |  Phone# (831)750-5996

## Affidavit of Truth fraud against the federal government

(This affidavit of truth is also an email I sent to over 115 Christian news stations, 10 book publishers, the feds, and to multiple officials in Oregon including the Mayor of Medford and the Governor of Oregon)

**How this all ties into fraud against the federal government is at the end, it ties everything in together for the $396,000,000 incoming Qui-tam suit**

This email is going to be the 1st out of 4 total emails, this 1st email is simply getting the story out there so these people are exposed and hopefully 1 or more out of the 115 Christian news stations shares this story. The other 3 emails are set on a timer from a brand new unknown email, if I end up dead, locked up, homeless etc... The next 3 emails will be sent automatically if I do not reset the timer every X amount of hours. When the 3 emails are sent this entire story with all supporting evidence will be sent to all the news stations, these are the actions I must take in self-defense. As I have undisputable evidence that multiple officials all from different departments from Medford City & Jackson County Oregon are spending federal funds to attack Christians Americans, I can speak on this from personal experience, they attacked me for standing on our God given rights. I had to move out of Medford because the attacks got so bad. I had cops and court officials all conspired to set me up with manufactured felony's 2x, tried to make me homeless multiple times, have tried to make me jobless & attempted to intimidate me for over 12+ months, I even had Medford PD do organized stalking for 10+ months and 3+ of those months were at my place and even had 4 locals also stalked me and were taking photos at different times during that year.

Then I also had a different local not including the 4 mentioned above who hired me to fix his RV electrical issues who ended up getting extremely pissed that I put court before his RV and ended up trying to fight me, stole all my carpentry and mechanic tools (took away my ability to earn a living), attempted to steal my wallet with money and passport and left me stranded 3+ hr. walk back to my place, lucky the sheriff that showed up gave me a ride back. (I filed a report with the sheriff even though he tried to fight me and spit in my face when he was yelling they said it's civil)(I can't prove this yet.. I believe the 5th local might be tied to these officials in some way, I say this because of his actions trying to fight me on camera on his property over me spending time on court, keep in mind his RV was still

getting fixed & On Dec. 7th at 3:18pm I sent Darin a text msg. Saying I believe he might be involved with these officials and they are going down for multiple felonies and federal whistleblower retaliation and I recommended he remove himself from the situation and come clean. The very next day 18hrs later at 9am on Dec. 8th DDA Rick Toothaker calls with some random excuse to change the trial date out by 6month. Not 100% valid proof of anything, but it is very suspicious especially with the timing and everyone's actions considered). Attachment [24], [25], [26]

Pretty much these people one way or another were attempting to ruin my entire life by attempting to have me end up homeless, dead or in prison on false charges. All for standing on my faith in our god given rights that are clearly listed in the federal and state constitutions. I also want to point out this story is not about any violations that happened during the initial stop, it's quite literally only for all the collective actions from attorneys, judges, DA's, and local police enforcement that started about 1month after the initial stop.

The initial stop on 9/15/2024 was simply for operating an automobile without a valid driver's license, or plates mounted on the outside (the Lexus was actually registered & insured). I ended up getting arrested for a false dui, then they ended up taking me to the hospital to draw blood and came up with nothing, then they had some weird doctor ask me if they can do a physical. I was like absolutely not, what does a physical have to do with an alleged DUI?(seems very predatory) Then they took me down to the station and coerced me to blow in the BAC machine, under the threat of being enslaved for 7 days I blew all 0's. So after all that about a week later. I brought up the very minor violations to the Medford City Attorney's Office, this is when things started getting weird was after talking to them.

Like I said this entire story is about everything that happened after talking to the City Attorneys, cops are not perfect as they are not properly trained with only about 800 hrs of training and have performance metrics to keep up with. That's what court is for is when they mess up, but these City Attorneys are on some other level of tyrannical unlawful behavior. It started when I sent a "letter before claim" to the City Attorney's Office via email and the very 1st response was from Garret Ramsey who out right told me I have no rights, no rights to file any civil suits and I don't have a right to represent myself because I am not a licensed attorney to practice law.

Right off the bat I was blown away that any public official would out right tell me I have no rights, can't represent myself or file any civil claims. I really haven't had too many interactions with Garret Ramsey, maybe 3-4x at most. Once he realized he couldn't lie to me, he passed the issue on to Eric Mitton the head of the Medford City Attorney's Office. We went back and forth in a couple of emails, I ended up filing my federal civil claim about 3-4 weeks later against the Medford City Attorney's Office and the Medford PD for some basic constitutional violations. About a month into this process of going back and forth in federal court, Eric Mitton decided to falsely accuse me of assault in an email (which is not very smart to leave a digital footprint /w time stamps for a paper trail), once he got caught and served in Federal Court 2 days after his email with audio of said conversation, which clearly shows he outright lied. (The city attorneys also claim to be prosecutors in circuit court with no Oath of office). Attachment [1], [2],


  About 3-5 days after Eric Mitton got served in Federal Court with audio that he lied making false accusations, the DDA Rick Toothaker charged me out of retaliation to protect Eric Mitton from more exposure by charging me with a manufactured Class C felony that they want up to 10 years for this false charge (pure intimidation). There was even a plea deal prepared 1-2 weeks after Rick Toothaker filed charges that I was never informed until about 5-6 months later by a random judge, everything these people have done was to intimidate me into stopping my federal civil claim or attempting to make me look of unsound mind or violent to make their lies stick. (Another weird fact is they chose to not charge me for <u>NOT having a license or plates mounted on the automobile</u> which they could have easily proven. Instead of charging me with something they can prove, they chose to charge me with a manufactured class C felony out of retaliation when they knew it would never stick if I took it to trial. Just shows you they are acting out retaliation not law). Attachment [27], [9]


Thank god I saw exactly what Eric Mitton was attempting so I snipped that problem in the butt real quick by emailing him the audio from said conversation the same day. Otherwise it would have been my word vs Eric Mitton and David S or whoever else who was going to bear false witness. I can safely assume this due to the fact 1 month after Eric Mitton got served in federal court, Eric Mitton and David S. both filed false claims and perjury in Federal Court defaming my character, claiming I wanted Eric Mitton to get

arrested and have the inmates beat him up, something along those lines. The entire lie was extremely weird for two grown men to lie like this. I literally told him "God wanted me to give them multiple chances to do the right thing, so no one ends up getting indicted since the federal government will be going after all the administrative branch very soon". Then I said "you don't look like you would do very well there" the fact is no one does well behind bars. This dummy turned that little statement into a false assault claim, then when he got caught and served in Federal Court he had the DDA Rick Toothaker charge me with a manufactured Class C felony, then about one month after the DDA charged me. Eric Mitton and David S. filed documents into federal court with ill intent to defame my character, make me look violent while intentionally committing perjury. Federal Judge Mcshane & Federal Judge Kasubhai both protected everyone involved and ignored everything I ever filed with proof of every claim I have ever made in federal court. Attachment [3], [4], [6], [7]

Then you have Judge Cromwell who coerced me at arraignment with contempt and threatened to steal a % of my income. (I will say I only had to deal with Judge Cromwell one time and it appears like she removed herself from the situation after I filed a complaint due to her intimidation, coercion and attempted extortion at arraignment).

After I have filed multiple motions & affidavits proving they have been acting out of ill will and retaliation, they set a private court hearing so I, the DA and Judge Markiewicz can talk about the violations and any conflicts of interest. They ignored everything I brought up, but could not confirm or deny my claims which was very weird. I even asked Judge Markiewicz during the hearing if we go to trial and I prove that Carson Chapman intentionally lied on the affidavit for the search warrant will she be held accountable? And Judge Markiewicz out right told me no one will be held accountable and everyone has absolute immunity in Jackson County, so now not only do I have a City Attorney telling me I don't have god given rights, then you have a Circuit Court Judge who is protecting these people and telling me everyone is ABOVE the LAW. That by itself is mind blowing that these people are so deranged and detached from reality that they really believe we have no rights and they are above the law. This is the mindset for most of these DEI hires, especially towards straight white Christian men.

(*Fun Fact* When you hire people based on someone's race, gender or sexuality and not based on their merit's or their skill set is the exact definition of being prejudice, and also why we unfortunately have a lot of entitled tyrannical low IQ officials in office at the moment).

It was also about this time Judge Markiewicz who knew I had no drugs or alcohol in my system when they tested me. Yet he still decided to put me on a drug and alcohol monitoring they had down stairs at the courthouse. I'm pointing this out because of what happened 1 hr after Judge Markiewicz made that monitoring a requirement, exactly one hr afterwards I got back to the Rouge Valley Inn and another resident gave me this $60 nug of very high end weed out of the blue. Which was really weird due to the timing of the new court requirement the Judge just issued 1hr prior, and the fact that this guy works at a $15hr job and normally smokes much cheaper weed about $3-5 a gram quality. So why would someone who smokes $3-5 gram quality of weed, offer me about 3+ grams of $20 gram quality weed out of the blue? Seems very suspicious so I accepted the weed and threw it away in my room, I didn't want to make anyone aware I was paying attention. Due to the fact I needed the Rouge Valley Inn for shelter and could not afford to say anything that could jeopardize my shelter at that time.

After Chris gave me the weed I accepted it and threw it away in my room because I thought he might be giving me laced weed, so I would fail a drug test or OD. (This is when I started really paying attention to everyone)

About a few weeks after Chris gave me the weed, Chris and Doug who was maintenance at the Rouge Valley Inn. Within 3 days of each other they both started taking photos of me every time I would go outside for about 3 weeks. Until they both got caught on different days, both of them got spooked and they both ended up quitting taking photos very shortly afterwards. (To my knowledge)

In Federal Court I filed as a Federal Whistleblower(relator) for fraud against the federal government, and Federal Judge Kasubhai decided the Federal DOJ does not need to be informed even though 31 U.S.C. §3730(b)(2) clearly states he does not have an option it is his duty. By not informing the Federal Government about fraud, waste and abuse and failing to insure my rights while aiding and abetting

these criminals to openly commit hate crimes for over 12+ months. He's actively committing treason against the Federal Government, State and Federal Constitution and the People at the same time. It doesn't help he is letting people persecute me for my Christian faith when his faith in the Quran openly talks about persecuting & killing Christians. His actions just makes him look like he conspired with these DEI hires to devastate my life for no valid reason while these people claim I have no rights and they are above the law, I believe in live and let live, but when these people started coming for my livelihood, mental and spiritual health and 10yrs of my freedom, they crossed to many lines to just drop this without my life being restored.

I also want to make sure and put this on the record that most of these attacks really started to get serious after I called the Oregon State Bar and told them if they don't hold their member (Eric Mitton) accountable, I will take them to court personally and sue the Oregon State Bar itself. That is when all these DEI Judges and Attorneys really started attacking me from all angles, I might not have proof but my intuition is telling me the Oregon State Bar might somehow be involved. It doesn't make sense why all these Judges and Attorneys would risk their careers, freedom and a large insurance payout all because they kept relentlessly attacking one man with no priors for his faith. Just makes more logical sense these people were told to do all of this from someone hirer up from the OSB or from the State of Oregon. (I even have audio from a phone call where the OSB own employee told me she can't undo the conspiracy, I never used that word one time during this entire call those were her own words) Attachment [8]

It was about 1-2 weeks after the call with the OSB the attacks really started coming in multiple forums, that's when I also started to noticed that the Medford PD was constantly stalking me when I would walk down the street with headphones on, and they would especially like to camp outside my front door and watch my place for hours on end, for someone who has no priors and wasn't breaking the law seems like these people spent lot of tax dollars & federal funding and time on the clock to harass, stalk and set up one man for no valid reason with no priors, except exposure for their crimes. One of the main cruisers was cruiser #2 from Medford PD between 8am-2pm, I did contact Nicholas Alden Internal Affairs from Medford PD and emailed him proof of them stalking. He got them to quit stalking my place within 30 min. They would still watch me going down the street about 50% of the time, they would just

try to be less obvious and sit further in the background than normal. (Most Local PD's have a 12-15% of the yearly budget that is federal funded, which means for every dollar these people are spending to stalk and harass me while on the clock, they are spending about .13 cents that is coming from the federal government which also makes this fraud, waste and abuse towards the United States Government. These officials do these crimes knowing the attorneys here will never charge them, that's why we need the National Guard and the Federal FBI & DOJ here ASAP. Local FBI and Local DOJ have failed to ensure rights and have protected these people at every turn. The Mayor of Medford and Governor Tina Kotek has ignored the entire situation and all complaints. Both of them have fostered an environment where these DEI officials truly believe they can commit these kinds of crimes and get away with it. Attachment [10], [11], [12]

   The organized stalking went on for months after contacting internal affairs just not at my place like before. At the last hearing I went in person before I moved. I asked Judge Markiewicz a constitutional question, it was a state constitutional question and every time I bring the state or federal constitution Judge Markiewicz would threaten me with contempt for simply exercising my rights. Last time I was there I simply asked him a due process question and he responded "I don't care Mr. Lane I've been here since 9am" It was about 10:15am at this point, any judge that is already mad 1 hr. into sitting down at the bench needs to be removed. After he responded I said "So it's a due process violation then?" Like he clearly said on court recorded audio, "he does not care" about my due process. At the end of this hearing I stated since the Court and everyone knows I don't do drugs or drink, can the court remove the courts drug and alcohol monitoring requirement down stairs? He agreed and removed that requirement. Which I'm glad he agreed but is very confusing and seems kind of bi-polarish that one sec he doesn't care about my due process, then 5 min later he agrees I don't do drugs or drink and removed that requirement attached to the false DUI. (He also refuses to recuse himself from this case and passing it onto another judge. He has clearly already acted extremely biased, plus I have reported him to the brady list, OSB and all Federal Agencies, I don't see how anyone can still claim to be unbiased at that point. Just proves my point that he is acting out of loyalty to the DA office being extremely biased not acting out of justice or law).

About a day or two before I moved, I noticed 2 African American men were stalking me from the burger joint across the street from Rouge Valley Inn. Both men were about 6"-6"2 tall and about 220lbs+. They were mad dogging me like they wanted to fight or they were planning to do something. Which was weird because I have never seen these 2 in my life, and the way they were staring me down was not by mistake it was 100% intentional. At this point one can only assume they are acting on behalf of one of these officials, it's not like I had an Automobile or anything worth stealing at this point it was all 100% intimidation.

The next day I was trying to figure out what to do, because these people have devastated my life in every way. I was out of money and had rent coming up & couldn't find work. I genuinely thought I was about to be homeless and stuck on the street with no automobile in the town where these officials were stalking me and intentionally trying to make me homeless. I would even be willing to double down and say it's possible these people were attempting to have me end up dead by attempting psychological induced suicide threw the means of psychological ware fair, organized harassment, organized staking, and loss of faith and hope threw weaponization of the legal system. Now until proven in court these are just possibilities, but I would love anyone from Jackson County or Medford Oregon to call me a liar, they will tell me I have no rights, they have made false allegations about me, defamed my character, falsely charged me, and they have intimidated me and so much more. I've been saying all of this for well over 8+ months all over online and made complaints with everyone and not once did anyone ever say I was wrong or lying. All they do is ignore it because they know they would be lying on the record if they even acknowledged my claims.

Luckily I didn't end up homeless because my family was able to help me move from Medford and get my own apartment in Tigard Oregon 6hrs away. If they didn't do that I would have ended up homeless on the streets of my own attackers. (I haven't been able to find work due to selling me Lexus to survive, having all my tools stolen by a local, license issues which are my own fault, and now I have a pending felony on my background and I have never even been found guilty of said felony. These people have tried everything they can multiple times to make me homeless, jobless or incite me to act out violently so they can paint their false narrative and have a reason to arrest me, good thing the honest to god truth hits 1000x harder than a fist ever will).

Weird fact about 2-3 months before moving out of Medford I was talking to this guy in tears telling me he was homeless and was being stalked for days on end now and he can't sleep on the streets due to always being stalked. Then he asked me If I could give him a ride to his bags about 2 miles away, I told him I had to sell my automobile so I can't, but I did offer him an Uber so he could go get his stuff. Not even 1min after he got in the Uber and drove away, the Medford PD came flying into the Rouge Valley Inn and left to chase the Uber down the street. I didn't know the guy was talking about the Medford PD were the ones stalking him until he was already gone. It makes a lot of sense after experiencing a lot of attacks myself in that weird mountain town, these officials are out of control attacking the people left and right and using city, county & federal funds to do so.

So now with all of that said, for about a year I've been trying to file complaints regarding all of these officials listed below. I'm going to list all of the attackers and all of the Officials & Departments who are aiding and abetting these criminals (I will also include their public work email so the news stations if they wish can inquire about these claims or their opinion on the matter)

### The Attackers

-Officer Carson Chapman (Medford PD) (falsified facts on the search warrant, Impersonated chief of police over the phone to intimidate me to drop my complaints about 1 month after the initial stop, also committed perjury in federal court under oath on her affidavit) Internal Affairs email: nicholas.alden@cityofmedford.org

-Eric Mitton (Head of the Medford City Attorney's Office) (false claims of assault, perjury & defamation of character in federal court, whistleblower retaliation)   email: Eric.Mitton@cityofmedford.org

-Garret Ramsey (City Attorney)(intimidation) email: Garrett.Ramsey@cityofmedford.org

-David S. (City Attorney)(Committed perjury and defamation of character on federal court documents, attempted to setup and innocent man with Eric Mitton) email: David.Schambach@cityofmedford.org

-Rick Toothaker (Deputy District Attorney) (filed manufacture class C felony charges as retaliation towards a federal whistleblower to protect Eric Mitton from exposure & forged my consent on court documents) email: tootharc@jacksoncountyor.gov

-Patrick Green (District Attorney) (I made multiple complaints with him, he is fully aware of Rick Toothaker actions with Eric Mitton and is still trying to proceed with the false charges)

-Circuit Court Judge Cromwell (coercion, retaliation and attempted extortion for a % of my income) email: laura.a.cromwell@ojd.state.or.us

-Circuit Court Judge Markiewicz (coercion, retaliation, judicial misconduct, federal whistleblower retaliation and dereliction of duties) email: jeremy.markiewicz@ojd.state.or.us

-Federal Judge Mcshane (failure to ensure rights, clearly bias behavior, retaliation, aiding and abetting a Hate Crime and Dereliction of Duties) email: michael_mcshane@ord.uscourts.gov

-Federal Judge Kasubhai (failure to ensure rights, clearly bias behavior, aiding and abetting a Hate Crime, whistleblower retaliation and Dereliction of Duties) email: kasubhai_ord@ord.uscourts.gov

-Medford PD cruiser #2 was 1 out of 4 cops stalking me on the regular. (Organized stalking, organized harassment, RICO) Internal Affairs email: nicholas.alden@cityofmedford.org

- Jackson County Counsel Miss. Simms (Just another unlawful entitled tyrannical official who would aid and abet their criminal actions, she even told me the declaration of independence has no standing here in America.

-4 possibly 5 locals did the officials dirty bidding (they either took pay to participate or they were coerced and threatened with their past rap sheet, FBI needs to figure that part out)

**The people or departments who conspired to protect these people by aiding and abetting and ignored all complaints while conspiring to deprive rights**

-Medford PD Chief Ivan, Deputy Chief Arnold and Nicholas Alden internal Affairs(Aiding and abetting in a HATE crime, Breach of Contract, and Dereliction of Duties, told me to call the OSB if an attorney or judge commits any crimes(2 sets of justice) Internal Affairs email: nicholas.alden@cityofmedford.org

- Jackson County Sheriff Nathan Sickler (Aiding and abetting in a HATE crime, Breach of Contract, Dereliction of Duties, told me to call the OSB if an attorney or judge commits any crimes(2 sets of justice)) email: sickleri@jacksoncountyor.gov

-Jackson County Circuit Court Administrator Tina Qualls – I was called by someone at the court and asked to mail in a complaint, only for Tina Qualls to tell me that's not her department. Just more gas lighting, reactive abuse and wasting my resources that complaint cost me $40 (participated in a Hate crime and federal whistleblower retaliation knowingly or unknowingly I'm not 100% sure)

- Jackson County Circuit Court Chief Judge Bloom – He is fully aware of the situation and has remained silent so far, I assume he was the one that had someone call from the court and ask for me to mail in a complaint, not 100% sure. (Failure to ensure rights, Breach of Contract, and Dereliction of Duties)

-Mayor of Medford Michael Zarosinski – ignored all complaints (Aiding and abetting in a HATE Crime, Breach of Contract, and Dereliction of Duties) email: mayor@medfordoregon.gov

-Oregon DOJ (Aiding and abetting in a HATE crime, Breach of Contract, Dereliction of Duties, and failure to ensure rights) press email: AttorneyGeneralPress@doj.oregon.gov

-Oregon FBI – thought it was funny and would constantly hang up the phone for any complaints (Aiding and abetting in a HATE crime, Breach of Contract, Dereliction of Duties, and failure to ensure rights) FBI press email: media.portland@fbi.gov

-Attorney General of Oregon – ignored all emailed complaints (Aiding and abetting in a HATE crime, Breach of Contract, and Dereliction of Duties) press email: AttorneyGeneralPress@doj.oregon.gov

-Oregon State Bar – thought it was funny (co-conspirator in fraud against the federal government and whistleblower retaliation, most of the people involved are OSB members) email: editor@osbar.org

-Risk Management – still waiting on Eric, they have more than enough evidence (Aiding and abetting in a HATE crime, Conspiring to deprive rights) email: risk.management@das.oregon.gov

-Professional Liability Insurance – they said there was not enough evidence (Aiding and abetting in a HATE crime, conspiring to deprive rights)

-I've also been sending mass emails to every single circuit Court Judge in the State of Oregon for the past 7+ months w/ evidence and rule 2.15(b) from the American Bar Association that requires them to report

any misconduct coming from attorneys. (Aiding and abetting in a HATE crime, Breach of Contract, and Dereliction of Duties)

-Tina Kotek the Governor of Oregon, I have made multiple complaints with her team. Not one response, I could hear a pin drop it's been so quiet. (Aiding and abetting in a HATE crime, Breach of Contract, and Dereliction of Duties)

These officials do not care about straight white men in the slightest, all these officials want to do in Oregon is turn men feminin men, transgenders or turn them gay and sell them a lie. Otherwise you are a threat to their ideology they have going on here in Oregon, they do not believe in live and let live here. This state is by far one of the worst choices for any straight white men to move to. I blame poor education and low IQ's due to the broken school system pushing propaganda & lies for far to long.

(There was even a white man named Gregory Howard who was stabbed in Portland by a Homeless African American male on the street. The Court found the Homeless man innocent because the white man said the N word after being stabbed. I'm not condoning any racial slurs, but that is not a free pass to stab someone. This happened very recently in Portland, Oregon. I don't have all the info on his case, I'm just pointing out the court system in Oregon is extremely corrupt, bias and treats straight white men as the enemy unjustly for no logical valid reason). (We really need to start having a competency and ethical test for officials in office and jurors).

On Dec. 8th 2025 the Jackson County DA Office called me and asked if I oppose them moving the court date out another 6 months to 5/18/26 because they claim Officer Chapman is going to be in the hospital during the trial. Keep in mind the stop was on 9/15/24, I didn't argue there is no point to argue with your attackers who are actively attempting to set you up, and I'm not even sure if I believe them since all they do is lie, deceive and attack for personal interest. (Just shows they are dedicated to going through with this manufactured Class C felony in hopes to cover their tracks and hide their crimes).

I have also filed a "Qui-tam suit" for fraud against the federal government as a relator with whistleblower protection down in Fort Lauderdale Florida. Which only means they could be charged for felony retaliation of a federal relator if they unlawfully attack or arrest me, but there is no one really protecting you except for yourself as a relator. The Qui-tam suite is to simply expose the fraud, waste

and abuse towards the federal government that's really it. Hopefully the Federal DOJ picks up the suit and criminally prosecutes these people, otherwise the federal DOJ leaves me with full authority to prosecute them civilly on behalf of the federal government.

So now with all of this exposed, let me put in the part for fraud against the Federal Government, for 2025-2027 Medford has a yearly budget of $679.5 million dollars about 30% of that is federal funding. Medford PD had a yearly budget in 2022(2024 isn't availed) of about $25.4 million and about 13% of that is federally funded. Jackson County had an annual budget of $640.5 million in 2024-2025 and about 30% of that is federally funded. So that would be about $396,000,000 in federal funding to Medford, Medford PD and Jackson County combined. These funds are then dispersed to each department such as the City Attorney's Office, District Attorney's Office, and Jackson County Circuit Court etc...

So every dollar they are spending on the clock, they are spending anywhere from .13-.30 cents of federal funds. So they are defrauding the federal government to intentionally commit crimes, make false allegations, retaliate, or spend time on the clock to commit organized stalking etc.. They are spending federal funds to violate their oath of office (which is a contract), violate federal & state constitution, and violate their funding agreement with the federal government while breaking more than 2 dozen state and federal laws in the process. That is how they are committing fraud, waste and abuse towards the federal government while simultaneously committing multiple RICO Hate crimes towards myself and I know there are more victims out there. There is no way they are this organized with this many judges, cops and attorneys involved for this to be the 1st time ever. I'm requesting D.O.G.E. and the Federal FBI come and do a complete financial and electronic cyber audit of Medford PD, Jackson County Sheriff, Jackson County Circuit Court, Jackson County and Medford City in Oregon Asap.

Feels so much better to be able to finally say everything, I was getting tired of playing stupid to gather enough evidence on all these people to be able to finally really expose the extent of their actions. I'm assuming there is still more that I am unaware of, I'll let the FBI figure that out. Now that I am no longer stuck at some motel where I don't have to worry about being homeless in the town full of officials that were quite literally trying to unlawfully put me in prison for 10+ yrs. or have me end up dead or end up homeless while stuck with them in their own town(purely demonic). This email is being sent to over 115

Christian news stations worldwide, multiple news stations in Oregon and Washington DC, the Feds, over 1 dozen book publishers and the perpetrators (I'd be willing to write a movie script or book if any book publishers are interested, I have to find some way to turn this demonic humiliation ritual I went through into a win so I can start living life again, while exposing their crimes in the same sweeping action).

## List of files on Micro SD card

[1] Garret Ramsey claiming they prosecute (1)

[2] Ramsey no real oath

[3] Real 1st email response Eric Mitton

[4] Real 2nd email response

[5] Proof I made a hate crime complaint to local cops

[6] Perjury #1 David S

[7] Perjury #2 Eric Mitton

[8] Oregon State Bar admits it's a conspiracy

[9] The DA altered violation dates from a different state (1)

[10] Cruiser #2 6-26-25 9-26am

[11] Cruiser #2 5-30-25 10-53am tuned head at the last second

[12] Possibly cruiser #2 6-27-25 10-46am front door

[13] Felony background

[14] Call requesting body cam for Medford Pd stalking conversation

[15] Motion for forged search warrant

[16] Photo from stop with white eyes

[17] Declaration of Eric Mitton false allegations and perjury

[18] PC Affidavit - Officer Chapman perjury

[19] Page 4 they label Americans as domestic terrorist

[20] Federal Rule of Civil Procedure 5.1 constitutional challenge

[21] Affidavit response to Chapman's PC (1)

[22] Eric Mitton Motion to Dismiss - more perjury

[23] Medford PD beating unarmed man for speeding ticket

[24] Text msg to Darin

[25] Darin contact info

[26] DA calling to change court date

[27] Grand jury Summons

11974 SW 72nd Ave Apt 424
Tigard, OR 97223



CERTIFIED MAIL

9589 0710 5270 1853 4606 59

299 E Broward B
Fort Lauderdale, F

 

U.S. POSTAGE PA[ID]
FCM LG ENV
PORTLAND, OR 97[...]
DEC 22, 2025

$4.40

S2324Y502263-77

33301
RDC 99

1853 4606 59

299 E Broward Blvd ste 108
Fort Lauderdale, FL 3330[1]